UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROLYN D. PORTER,

    Plaintiff,

v.                                      CASE NO: 8:09-cv-1143-T-26AEP

OXFORD COLLECTION AGENCY,
INC.,

    Defendants.
_____/

**O R D E R**

The Court considers this case *sua sponte* pursuant to the provisions of Local Rule 1.07(b). After doing so, the Court concludes that this case is due to be dismissed without notice and without prejudice for failure of Plaintiff's counsel to adhere to the time requirements imposed by the Rule.

The Court file reflects that Plaintiff effected service of process on Defendant on June 25, 2009.[1] The file further reflects that Plaintiff's counsel has yet to seek a clerk's default or a final default judgment within sixty (60) days of service on Defendant as required by Local Rule 1.07(b). Nor has counsel sought an extension of time within which to do so.

---

[1] See docket 5.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that this case is dismissed without notice and without prejudice. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on August 26, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record